```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
                -v-                                     :     00-CR-100-1 (PAE)
                                                        :
ARON OLEG BRONSTEIN,                                    :         ORDER
                                                        :
                        Defendant.                      :
                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter in the above captioned case from Joseph Paukman, Esq., on behalf of the estate of Kenneth Thompson. Dkt. 110. The letter appears to seek monetary relief from the defendant in this 20-year-old criminal case, which has been reassigned to this Court. Mr. Paukman's letter, however, is insufficiently coherent for the Court to understand (1) the pertinent background of this case, (2) the legal and factual bases for granting relief to the estate of Mr. Thompson; and (3) concretely what such relief should be. The Court accordingly denies Mr. Paukman's request for a hearing into such matters. The denial is without prejudice. Mr. Paukman is at liberty to submit a substantially clearer and more lawyerly articulation of pertinent background, facts and law. Upon receiving such a submission, the Court would then expect to call for a response from the Government and from the defense.

      SO ORDERED.

Dated: February 7, 2020
       New York, New York

                                          PAUL A. ENGELMAYER
                                          United States District Judge