UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ARON OLEG BRONSTEIN,<br><br>                              Defendant. | 00-CR-100 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court directs the United States Attorney's Office to respond to the specific contentions made in Mr. Paukman's most recent letter, filed at Dkt. No. 122.  The Government's letter is due January 8, 2021.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　  _Paul A. Engelmayer_
　　　　　　　　　　　　　　　　　　　　　　　　  PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　  United States District Judge

Dated: December 11, 2020
　　　　New York, New York