UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>OLEG BRONSTEIN, et al<br><br>Defendants. | 00-CR-100 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from attorney Joseph Paukman, which is incomplete, does not have a clear purpose, and does not seek relief from the Court (Dkt. No. 127). As reflected in the Court's most recent order, this case remains closed, and there is no cause for judicial action.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: January 19, 2021
New York, New York