UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARON OLEG BRONSTEIN,

Defendant.

00 Cr. 100 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received another filing from Joseph Paukman, Esq., now asking that the Court "investigate a Bank of America Bank Checking account number" belonging to defendant Aron Oleg Bronstein, to determine whether Bronstein should be required to pay more in monthly restitution payments.  Dkt. 130.  For the reasons previously outlined by the Government, *see* Dkt. 124, and adopted by the Court, Dkt. 126, Paukman's request is unauthorized, improper, and unsupported, and is therefore denied.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 2, 2021
       New York, New York