UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARON OLEG BRONSTEIN,

               Defendant.

---

00-CR-100-01 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received notice from the Clerk's Office of this Court that Joseph Paukman has recently represented that Kenneth Thompson, the intended recipient of restitution checks in this case brought in the year 2000, has been deceased since 2001. This raises the question whether some or all of the more than $100,000 in funds disbursed to Mr. Thompson have misappropriated. The Court asks the United States Attorneys Office to investigate this matter forthwith and to report back to the Court in a detailed filing that, if necessary, may be submitted under seal or in redacted form. By email, the Court's deputy will notify the assigned Assistant United States Attorney of the specific information reported to the Court. Pending resolution of this issue, disbursements of restitution payments to or on behalf of Mr. Thompson are to cease.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: May 24, 2022
      New York, New York