**JOSEPH PAUKMAN**
**ATTORNEY AT LAW**

---

2609 East 14th street #377
Brooklyn, NY 11235
Tel: (718) 736-4050
fax: (484) 307-7973
336@tuta.io

September 2, 2023

The Honorable United States District Judge
Southern District of New York
500 Pearl Street.
New York, NY 10007

      Re: USA v. Bronstein et al.,
         **1:00-cr-100-JAE**
         Permission to release money belonging to victim or
         allow estate to file appeals witout paying a fee

============================

Dear Judge

 This letter is to release $1000 belonging to my client or allow my client to file appeal without paying a fee because her money is on hold by this Court, so that I could file an appeal of your May 2022 order (see Docket 139) and the other $500 is needed to file a writ of mandamus in EDNY Federal Court related to my client, the estate of Kenneth Thompson's case.

1

For over a year money belonging to my client has been on hold prejudicing her financial ability to pay fees in collecting money from Aron O. Bronstein a wealthy coporate landlord who surreptitiously runs a real estate empire by forging signatures

Very truly yours,
/s/ Joseph Paukman
Joseph Paukman

**DENIED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 140.

9/5/2023

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

2