UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ARON OLEG BRONSTEIN, et al,

                Defendant.

00-CR-100 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court, on the basis of a sealed letter filed by the Government that it has reviewed, hereby directs the Clerk of Court to terminate the open motions at Dkt. Nos. 134 & 136.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 18, 2024
       New York, New York