UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 00-CR-100 (PAE) |
| -v- | ORDER |
| ARON OLEG BRONSTEIN, et al,, | |
| Defendants. | |

PAUL A. ENGELMAYER, District Judge:

The Court has been notified that, in recent weeks, Joseph Paukman has contacted the Finance Department of the Clerk's Office of this Court, seeking the release of restitution monies. The Court has repeatedly issued orders making clear that Mr. Paukman is not entitled to such relief. *See, e.g.*, Dkt. 112, 124, 126, and 128. The Court expects Mr. Paukman, forthwith, to cease making such baseless inquiries of Court personnel.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 5, 2024
New York, New York